IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00478-WJM-MEH

OTTER PRODUCTS, LLC,

    Plaintiff,

v.

SPECULATIVE PRODUCT DESIGN, LLC, a California limited liability company,

    Defendant.

### MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 31, 2012.**

    Plaintiff's Unopposed Motion to Amend Pleadings Pursuant to FRCP 15(a)(2), construed as a motion to substitute a proper Defendant and amend the caption [filed May 30, 2012; docket #15] is **granted**.  The Clerk of the Court is directed to amend the caption as listed above.