IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00478-WJM-MEH

OTTER PRODUCTS, LLC,

    Plaintiff,

v.

SPECULATIVE PRODUCT DESIGN, LLC, a California limited liability company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 17, 2012.**

    The Joint Motion for Entry of Stipulated Protective Order [filed July 16, 2012; docket #21] is **granted**. The parties' Stipulated Protective Order is accepted and issued contemporaneously with this minute order.